## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| MARY J. HEAVIN | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 5:08cv165 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Order adopting the Report and Recommendation of the United States Magistrate Judge filed in this matter, it is hereby

**CONSIDERED**, **ORDERED, and ADJUDGED** that the above-entitled and numbered Social Security action is **AFFIRMED**.

**SIGNED** this 11th day of December, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE